UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BRIDGET L. WILLIAMS,

                     Plaintiff,

                                                ORDER
      v.                                  10-CV-32A

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

                     Defendant.

        The above-referenced case was referred to Magistrate Judge Hugh B.

Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On July 19, 2010, defendant filed a motion

for judgment on the pleadings.  On December 23, 2010, Magistrate Judge Scott filed a

Report and Recommendation, recommending that defendant's motion be granted.

        The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Scott 's Report and Recommendation, defendant's motion

for judgment on the pleadings is granted.  The Clerk of Court shall take all steps

necessary to close the case.

        SO ORDERED.

                         *s/ Richard J. Arcara*
                         HONORABLE RICHARD J. ARCARA
                         UNITED STATES DISTRICT JUDGE

DATED: January 25  , 2011